# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RANDALL A. JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> **Commissioner of Social Security,** ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION <br><br> No. 09-2166-KHV |

## **ORDER**

Randall A. Jones appeals the final decision of the Commissioner of Social Security to deny disability insurance benefits and supplemental security income under Sections 216(i), 223, 1602, and 1614(a)(3)(A) of the Social Security Act. 42 U.S.C. §§ 416(i), 423, 1381a, and 1382c(a)(3)(A). On February 3, 2010, Magistrate Judge Gerald B. Cohn recommended that the Commissioner's decision be reversed and that this case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings. See Report And Recommendation (Doc. #14). The deadline for written objections to the report and recommendation was February 17, 2010. See Rules 72(a) and 6(a), Fed. R. Civ. P. The parties have not objected. The Court therefore adopts the Report And Recommendation (Doc. #14) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **REVERSED**. This case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report And Recommendation (Doc. #14) filed February 3, 2010.

Dated this 26th day of February, 2010, at Kansas City, Kansas.

s/ Kathryn H. Vratil

KATHRYN H. VRATIL
United States District Judge

-2-